CENTER FOR DISABILITY ACCESS
Ray Ballister Jr., Esq., SBN 111282
Russell Handy, Esq., SBN 195058
Dennis Price, Esq., SBN 279082
Amanda Seabock, Esq., SBN 289900
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
AmandaS@potterhandy.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WHITAKER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RENEE ROCHELLE COHEN, in individual and representative capacity as Trustee of The Renee Cohen Revocable Trust; PAUL SCHENLY, in individual and representative capacity as Trustee of The Paul Schenly Revocable Trust; LAKSILU, INC., a California Corporation; and Does 1-10,<br><br>　　　　Defendants. | **Case:** 2:20-cv-07344-MCS-RAO<br><br>**Plaintiff's Notice of Voluntary Dismissal With Prejudice**<br><br>**Fed. R. Civ. P. 41(a)(1)(A)(i)** |

**PLEASE TAKE NOTICE** that Plaintiff Brian Whitaker, hereby voluntarily dismisses the above captioned action <u>with</u> prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Defendants Renee Rochelle Cohen; Paul Schenly and Laksilu, Inc. have neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed without an Order of the Court.

Dated: March 11, 2021　　　CENTER FOR DISABILITY ACCESS

　　　　　　　　　　　　　　By: <u>/s/ Amanda Seabock</u>
　　　　　　　　　　　　　　Amanda Seabock
　　　　　　　　　　　　　　Attorney for Plaintiff